IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES W. BARCLAY,

    Plaintiff,

v.                            Case No. 4:20cv142-MW/HTC

E. HAND, et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2) and 1915A." The Clerk shall also close the file.

**SO ORDERED on June 8, 2020.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**